```
 1
 2
 3
 4
 5
 6
 7                   IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    RICK J. MEJIA,                    )
10                                    )    2:02-cv-1174-GEB-EFB
                         Plaintiff,   )
11                                    )    ORDER
         v.                           )
12                                    )
    CITY OF SACRAMENTO, et al.,       )
13                                    )
                         Defendants.  )
14  _____ )
15
16           The parties shall file a joint status report no later than
17  October 2, 2006, in which they propose a trial date for the remanded
18  issues and discuss whether the district court should exercise
19  supplemental jurisdiction over the state claims that were dismissed
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////
```

1

1 | without prejudice by the Order filed April 5, 2004.[1]
2 |       IT IS SO ORDERED.
3 | Dated:  September 5, 2006

                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2