IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK J. MEJIA, ) | |
| ) | 2:02-cv-1174-GEB-EFB |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| v. ) | |
| ) | |
| CITY OF SACRAMENTO, et al., ) | |
| ) | |
| Defendants. ) | |

     The parties shall file a joint status report no later than October 2, 2006, in which they propose a trial date for the remanded issues and discuss whether the district court should exercise supplemental jurisdiction over the state claims that were dismissed

/////
/////
/////
/////
/////
/////
/////
/////
/////

1

1  without prejudice by the Order filed April 5, 2004.[1]

2      IT IS SO ORDERED.

3  Dated:  September 5, 2006

4

5                                /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2