```
                   IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


RICK J. MEJIA,                    )
                                  )    2:02-cv-1174-GEB-EFB
                Plaintiff,        )
                                  )
     v.                           )    ORDER
                                  )
CITY OF SACRAMENTO, et al.,       )
                                  )
                Defendants.       )
                                  )
```

The Joint Status Report ("JSR") filed October 2, 2006, indicates trial should be scheduled to commence sometime in October 2007. Therefore, trial is scheduled to commence at 9:00 a.m. on October 10, 2007. The Final Pretrial Conference is scheduled to commence at 1:30 p.m. on July 2, 2007.

The parties dispute whether supplemental jurisdiction should be exercised over Plaintiff's state claims. Plaintiff's state claims were dismissed on the ground that all of Plaintiff's federal claims had been resolved. Since that ground no longer exists, supplemental jurisdiction will be exercised over Plaintiff's state claims.

/////

/////

1    If it is decided that additional oral argument would be
2 helpful in deciding a now pending summary judgment motion, it will be
3 scheduled.
4    IT IS SO ORDERED.
5 Dated:  October 4, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge